February 21, 1980.

C. A. No. 78-458.  STATE *v.* EDWARD FARRELL. The state's motion that we treat its notice of appeal as a petition for writ of certiorari is denied. The defendant's motion to dismiss the state's appeal is granted.

Mr. Chief Justice Bevilacqua and Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attorney General, for plaintiff, *Joseph A. Bevilacqua, Jr.,* for defendant.

February 28, 1980.

M. P. No. 78-323.  CITY OF CENTRAL FALLS, A MUNICIPAL CORPORATION *v.* LOCAL 1485 INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO *et al.* The petitioner's motion to amend the return date on the writ of certiorari is denied. The petition for certiorari is denied and dismissed and the writ heretofore issued is quashed. *Paul G. MacLean,* City Solicitor, for petitioner, *Capineri & Crowley, Frederic C. Crowley,* for Local 1485 International Association of Firefighters, AFL-CIO.

M. P. No. 80-10.  CATHERINE E. SCHWARZ *v.* COASTAL RESOURCES MANAGEMENT COUNCIL, STATE OF RHODE ISLAND *et al.* The petition for writ of certiorari is denied. *Catherine E. Schwarz,* pro se, for petitioner, *Goldman & Biafore, Dennis H. Esposito,* for respondent.

M. P. No. 80-25.  AGNES SCOTT MACGLAFLIN *v.* DEPARTMENT OF EMPLOYMENT SECURITY BOARD OF REVIEW. The petition for writ of certiorari is denied. *Natale L. Urso, Thomas J. Liguori, Jr.,* for petitioner, *Gary R. Pannone,* Special Legal Counsel, Board of Review, for respondent.